**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JACQUELINE SMITH-MCGONIGAL,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **Case No. 5:26-cv-01170-R** |
| **FRANK BISIGNANO,**<br>**Commissioner of Social Security,**<br>**Defendant.** | ) | |

**ORDER**

Upon consideration, Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. No. 15] is GRANTED.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the Court REVERSES Defendant's decision in this matter and REMANDS the case for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993). A separate judgment will be entered.

IT IS SO ORDERED this 18th day of November, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE